UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA BENSON, | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:20-cv-01797-VLB |
| | : | |
| VS. | : | |
| | : | |
| | : | |
| CITY OF BRIDGEPORT | : | |
| Defendant. | : | MAY 10, 2023 |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, SANDRA BENSON, and Defendant, CITY OF BRIDGEPORT, hereby stipulate and agree that the above captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C. | Mitchell & Sheahan, P.C. |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| | |
| By:/s/ Thomas W. Bucci | By: /s/ Reese B. Mitchell, Esquire |
| Thomas W. Bucci (ct07805) | Reese B. Mitchell (ct30226) |
| Willinger, Willinger & Bucci, P.C. | Mitchell & Sheahan, P.C. |
| 1000 Bridgeport Ave., Suite 501 | 999 Oronque Lane, Suite 203 |
| Shelton, CT 06484 | Stratford, CT 06614 |
| Tel: 203-366-3939 | Tel: 203-873-0240 |
| Fax: 475-269-2907 | Fax: 203-873-0235 |
| Email: tbucci@wwblaw.com | Email: Reesemitchell@mitchellsheahan.com |
| | |
| Dated: May 10, 2023 | Dated: May 10, 2023 |

**Certificate of Service**

I hereby certify that on May 10, 2023, a copy of foregoing *Stipulation of Dismissal* was filed electronically and served on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       THE PLAINTIFF – SANDRA BENSON

       By /s/Thomas W. Bucci
       Thomas W. Bucci
       Fed Bar # ct07805
       Attorney for Plaintiff
       WILLINGER, WILLINGER & BUCCI, P.C.
       1000 Bridgeport Avenue, Suite 501
       Shelton, CT  06484
       Tel: 203-366-3939
       Fax: 475-269-2907
       Email: tbucci@wwblaw.com